# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TONY GARCIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3751

[October 12, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 14CF012520AMB.

Carey Haughwout, Public Defender, and Jessica A. De Vera, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Paul Patti, III, Assistant Attorney General, West Palm Beach, for appellee.

### *ON REMAND FROM THE FLORIDA SUPREME COURT*

PER CURIAM.

This case is on remand from the Florida Supreme Court following its decision in *State v. Garcia*, 47 Fla. L. Weekly S197 (Fla. Aug. 25, 2022), which quashed our decision in *Garcia v. State*, 279 So. 3d 148 (Fla. 4th DCA 2019), to the extent that it required the trial court to resentence appellant. The Florida Supreme Court did not disturb the portion of our previous decision affirming appellant's conviction. Therefore, in accordance with our supreme court's mandate, we affirm appellant's sentence.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*       \*       \*

*No motions for rehearing shall be entertained.*